# WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | STEVEN A. COHEN | 51 WEST 52ND STREET | DAMIAN G. DIDDEN | SABASTIAN V. NILES |
| HERBERT M. WACHTELL | DEBORAH L. PAUL | NEW YORK, N.Y. 10019-6150 | IAN BOCZKO | ALISON ZIESKE PREISS |
| THEODORE N. MIRVIS | DAVID C. KARP | | MATTHEW M. GUEST | TIJANA J. DVORNIC |
| EDWARD D. HERLIHY | RICHARD K. KIM | TELEPHONE: (212) 403-1000 | DAVID E. KAHAN | JENNA E. LEVINE |
| DANIEL A. NEFF | JOSHUA R. CAMMAKER | FACSIMILE: (212) 403-2000 | DAVID K. LAM | RYAN A. McLEOD |
| ANDREW R. BROWNSTEIN | MARK GORDON | | BENJAMIN M. ROTH | ANITHA REDDY |
| MARC WOLINSKY | JEANNEMARIE O'BRIEN | | JOSHUA A. FELTMAN | JOHN L. ROBINSON |
| STEVEN A. ROSENBLUM | WAYNE M. CARLIN | GEORGE A. KATZ (1965-1989) | ELAINE P. GOLIN | JOHN R. SOBOLEWSKI |
| JOHN F. SAVARESE | STEPHEN R. DiPRIMA | JAMES H. FOGELSON (1967-1991) | EMIL A. KLEINHAUS | STEVEN WINTER |
| SCOTT K. CHARLES | NICHOLAS G. DEMMO | LEONARD M. ROSEN (1965-2014) | KARESSA L. CAIN | EMILY D. JOHNSON |
| JODI J. SCHWARTZ | IGOR KIRMAN | | RONALD C. CHEN | JACOB A. KLING |
| ADAM O. EMMERICH | JONATHAN M. MOSES | OF COUNSEL | GORDON S. MOODIE | RAAJ S. NARAYAN |
| RALPH M. LEVENE | T. EIKO STANGE | | DONGJU SONG | VIKTOR SAPEZHNIKOV |
| RICHARD G. MASON | JOHN F. LYNCH | MICHAEL H. BYOWITZ    ERIC S. ROBINSON | BRADLEY R. WILSON | MICHAEL J. SCHOBEL |
| DAVID M. SILK | WILLIAM SAVITT | KENNETH B. FORREST    PATRICIA A. ROBINSON* | GRAHAM W. MELI | ELINA TETELBAUM |
| ROBIN PANOVKA | ERIC M. ROSOF | SELWYN B. GOLDBERG    ERIC M. ROTH | GREGORY E. PESSIN | ERICA E. BONNETT |
| DAVID A. KATZ | GREGORY E. OSTLING | PETER C. HEIN    PAUL K. ROWE | CARRIE M. REILLY | LAUREN M. KOFKE |
| ILENE KNABLE GOTTS | DAVID B. ANDERS | MEYER G. KOPLOW    DAVID A. SCHWARTZ | MARK F. VEBLEN | ZACHARY S. PODOLSKY |
| JEFFREY M. WINTNER | ANDREA K. WAHLQUIST | JOSEPH D. LARSON    MICHAEL J. SEGAL | SARAH K. EDDY | RACHEL B. REISBERG |
| TREVOR S. NORWITZ | ADAM J. SHAPIRO | LAWRENCE S. MAKOW    ELLIOTT V. STEIN | VICTOR GOLDFELD | MARK A. STAGLIANO |
| BEN M. GERMANA | NELSON O. FITTS | DOUGLAS K. MAYER    WARREN R. STERN | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| ANDREW J. NUSSBAUM | JOSHUA M. HOLMES | PHILIP MINDLIN    LEO E. STRINE, JR.** | KEVIN S. SCHWARTZ | LUMERMANN |
| RACHELLE SILVERBERG | DAVID E. SHAPIRO | DAVID S. NEILL    PAUL VIZCARRONDO, JR. | MICHAEL S. BENN | CHRISTINA C. MA |
| | | HAROLD S. NOVIKOFF    PATRICIA A. VLAHAKIS | | |
| | | LAWRENCE B. PEDOWITZ    AMY R. WOLF | | |

* ADMITTED IN THE DISTRICT OF COLUMBIA
** ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ADAM M. GOGOLAK |
| SUMITA AHUJA | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | J. AUSTIN LYONS |
| FRANCO CASTELLI | ALICIA C. McCARTHY |
| ANDREW J.H. CHEUNG | NEIL M. SNYDER |
| PAMELA EHRENKRANZ | S. CHRISTOPHER SZCZERBAN |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |

DIRECT DIAL: (212) 403-1216
DIRECT FAX: (212) 403-2216
E-MAIL: HMWACHTELL@wlrk.com

December 1, 2021

<u>Via ECF</u>

Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Jackson* v. *Griffith, et al.*, No. 1:19-cv-7391-DLC

Your Honor:

   Pursuant to the Court's Order of July 30, 2021 [ECF No. 26], we write on behalf of all parties to update the Court on the status of the ongoing arbitration. The arbitral Tribunal held closing argument on September 28, 2021, and the parties subsequently made submissions regarding applicable cost principles at the request of the Tribunal. At this time, the parties are awaiting the Tribunal's decision.

WACHTELL, LIPTON, ROSEN & KATZ

December 1, 2021
Page 2

      The parties thank the Court for its attention to this letter.

                                                  Very truly yours,

                                                  Herbert M. Wachtell

cc:      All Attorneys (*via* ECF)