# Arnold & Porter

Eric N. Whitney
+1 212.836.7930 Direct
Eric.Whitney@arnoldporter.com

January 28, 2022

**VIA ECF**

Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    Jackson v. Griffith et al., No. 1:19-cv-07391-DLC

Your Honor:

    As ordered on December 1, 2021 [ECF No. 28], we write on behalf of the parties in the above captioned action to advise the Court as to our status. The arbitral Tribunal held closing argument on September 28, 2021. On December 17, 2021, the arbitral Tribunal requested supplementary submissions pertaining to the merits of the underlying dispute, and the parties made those submissions on December 31, 2021. At this time, the parties are awaiting the Tribunal's decision.

    The parties thank the Court for its attention to this letter.

Respectfully Submitted,

*/s/ Eric Whitney*
Eric N. Whitney

cc:    All Attorneys (via ECF)

*[Handwritten: Status letter is due 4/1/22. Denise Cote 1/28/22]*

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com