# Arnold & Porter

Eric N. Whitney
+1 212.836.7930 Direct
Eric.Whitney@arnoldporter.com

April 1, 2022

**VIA ECF**

Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

    Re:    Jackson v. Griffith et al., No. 1:19-cv-07391-DLC

Your Honor:

    As ordered on January 29, 2022 [ECF No. 30], we write on behalf of the parties in the above captioned action to advise the Court as to our status.

    On February 10, 2022, the Tribunal declared the hearing closed, and advised the parties that it expected to deliver an award within 60 days from the closure of the hearing (*i.e.*, by April 11, 2022) in accordance with the governing arbitral rules. At this time, the parties are awaiting the Tribunal's decision.

    The parties thank the Court for its attention to this letter.

                        Respectfully Submitted,

                        */s/ Eric Whitney*
                        Eric N. Whitney

cc:    All Attorneys (via ECF)

Arnold & Porter Kaye Scholer LLP
250 West 55th Street  |  New York, NY 10019-9710  |  www.arnoldporter.com